**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA,**

                Plaintiff,

       v.                                CR NO: 2:19-CR-00225 JAM

**EVAN PALMER**

                Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum        ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Evan Blake Palmer | |
| Detained at: | California Correctional Center – Susanville, CA | |
| Detainee is: | a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint charging detainee with: 18 U.S.C. § 1040(a)(2) | |
| or | b.) ☐ a witness not otherwise available by ordinary process of the Court | |
| Detainee will: | a.) ☐ return to the custody of detaining facility upon termination of proceedings | |
| or | b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility | |

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Shelley Weger |
| Printed Name & Phone No: | Shelley Weger  916-554-2700 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum        ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

| | |
|---|---|
| Dated: January 29, 2020 | /s/ Kendall J. Newman |
| | Honorable Kendall J. Newman |
| | U.S. MAGISTRATE JUDGE |

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male  ☐Female | |
| Booking or CDC #: | BJ7474 | DOB: | 4/12/1989 |
| Facility Address: | 711-045 Center Road, Susanville, CA | Race: | |
| Facility Phone: | 530-257-2181 | FBI#: | 906312RC2 |
| Currently | California Correctional Center, Susanville | | |

## RETURN OF SERVICE

Executed on: _____      _____
                                                     (signature)