PHILLIP A. TALBERT
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

EVAN PALMER,

Defendant.

CASE NO. 2:19-CR-00225 JAM

STIPULATION TO RESET STATUS CONFERENCE

DATE: April 13, 2021
TIME: 9:30 a.m.
COURT: Hon. John A. Mendez

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 13, 2021.

2. On April 7, 2021, the Court continued all matters set for April 13, 2021, to a later date.

3. By this stipulation, the parties now request that the Court reset the status conference for April 20, 2021, at 9:30 a.m.

Dated: April 12, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated: April 12, 2021

/s/ CHRIS COSCA
CHRIS COSCA
Counsel for Defendant
Evan Palmer

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 12th day of April, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE